IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA I. PAYNE,<br>　　　　Plaintiff | No. 1:23cv532 |
| | (Judge Munley) |
| v. | (Magistrate Judge Bloom) |
| M. GOURLEY, et al.<br>　　　　Defendants | |

## ORDER

**AND NOW,** to wit, this 26th day of March 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Joshua I. Payne's objection (Doc. 48) to a Report and Recommendation ("R&R") issued by Chief Magistrate Judge Daryl F. Bloom is **OVERRULED**;

2) Defendants' motion for summary judgment (Doc. 38) is **GRANTED** on other grounds;

3) The R&R's conclusion that Payne failed to exhaust his administrative remedies (Doc. 47) is **ADOPTED**;

4) As alternative grounds for disposition of plaintiff's Eighth Amendment claim relative to his cell conditions, the R&R's application of Talley v. Clark, 111 F.4th 255 (3d Cir. 2024) is **ADOPTED**; and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court